THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee, Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued June 8, 1948; decided July 16, 1948.

*Melville Southard* for appellant.

*John P. McGrath, Corporation Counsel (Edith I. Spivack, William F. Murphy* and *Morris Handel* of counsel), **for** respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FULD, JJ. THACHER, J., dissents on the ground that the weight of the evidence sustains the findings of the Special Term. Taking no part: CONWAY, J.